■    In the Matter of BARRETT HESS, an Attorney.—Order of suspension entered. Present—Dillon, P. J., Cardamone, Simons, Hancock, Jr., and Callahan, JJ. (Order entered July 26, 1979.)